**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| LARRY W. HATTON<br><br>Plaintiff,<br><br>v.<br><br>CREATIVE WOOD DESIGNS, INC., an Arizona corporation; EUGENE WEINER and JANE DOE WEINER, husband and wife; CHARLES LAWRENCE and HEIDI LAWRENCE, husband and wife,<br><br>Defendants. | Case No.: CV06-2136-PCT-PGR<br><br>**ORDER GRANTING MOTION TO ENLARGE THE TIME TO ANSWER COMPLAINT** |

Pursuant to Plaintiff's Motion to Enlarge the Time to Answer Complaint, and good cause appearing therefor,

IT IS ORDERED that Defendants shall have up to and including November 1, 2006 in which to file their Answers to Plaintiff's Complaint.

DATED this 29th day of September, 2006.

Paul G. Rosenblatt
United States District Judge