# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| LARRY W. HATTON,<br><br>   Plaintiff,<br><br>v.<br><br>CREATIVE WOOD DESIGNS, INC., an Arizona corporation; EUGENE WEINER and JANE DOE WEINER, husband and wife; CHARLES LAWRENCE and HEIDI LAWRENCE, husband and wife,<br><br>   Defendants.<br>_____ | Case No.: CV06-2136-PCT-PGR<br><br>**ORDER GRANTING MOTION TO ENLARGE THE TIME TO ANSWER COMPLAINT** (THIRD REQUEST) |

Pursuant to Plaintiff's Motion to Enlarge the Time to Answer Complaint, and good cause appearing therefor,

IT IS ORDERED that Defendants shall have up to and including January 1, 2007 in which to file their Answers to Plaintiff's Complaint. However, this is a FIRM DATE and no further extensions will be granted.

DATED this 1st day of December, 2006.

_____
Paul G. Rosenblatt
United States District Judge